UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST REFRIGERATION SERVICES, LLC, et al.,<br><br>Defendants. | CASE NO. C24-146 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has extended the answer deadline to October 31, 2024. (Dkt. No. 10.) The Court therefore extends the June 10, 2024 deadline by which the Parties must file a joint status report to October 31, 2024. (See Dkt. No. 4.)

\\

\\

MINUTE ORDER - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed September 5, 2024.

                                    Ravi Subramanian  
                                    Clerk of Court

                                    s/Kathleen Albert  
                                    Deputy Clerk