UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, | CASE NO. C24-146 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NORTHWEST REFRIGERATION SERVICES, LLC, et al., | |
| Defendants. | |

    The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

    The parties have not complied with the order directing that a joint status report by filed by October 31, 2024. (Dkt. No. 13.)

    The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

    \\

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed November 6, 2024.

3                                    Ravi Subramanian
                                     Clerk of Court
4

5                                    s/Kathleen Albert
                                     Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2