UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST REFRIGERATION SERVICES, LLC, et al.,<br><br>Defendants. | CASE NO. C24-146 MJP<br><br>ORDER EXTENDING STAY |

This matter comes before the Court on Plaintiff's Status Report. (Dkt. No. 15.) Plaintiff requests the Court extend the stay in this action an additional 60 days to accommodate a "temporary pause on the settlement payments" that has occurred. (Id. at 2.) The Court finds good cause and hereby EXTENDS the stay until 60 days from the date of this Order. The Parties must then file a joint status report at end of the stay informing the Court as to the status of this action and what case deadlines the Court should set.

\\

ORDER EXTENDING STAY - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated December 3, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge